

FILED
CLERK, U.S. DISTRICT COURT

JUL - 1 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-mj-04049-DUTY |
| JOHNNIE LEE JOHNSON, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __the Court_____, IT IS ORDERED that a detention hearing is set for __July 7_____, __2025__, at __9:00__ ☒ a.m. / ☐ p.m. before the Honorable __Karen L. Stevenson_____, in Courtroom __TBD_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __July 1, 2025_____

_/s/ Karen L. Stevenson_
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                 Page 1 of 1